**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**VINCENT S. ORLANDO, on behalf
of himself and those similarly situated**

      **Plaintiff,**

V.                                         **Case No:  2:12-cv-240-FtM-29SPC**

**ALICO ALE HOUSE, LLC and
DOROTHY BENNETT,**

      **Defendants.**
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Vincent S. Orlando's Notice of Settlement (Doc. #22) filed on August 7, 2012.  The parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).   Therefore, the Court directs the Plaintiff to submit the settlement documents for review attached to a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff Vincent S. Orlando is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(1) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages

originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(2) The Plaintiff shall provide the Court with said information in a motion on or before **August 21, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of August, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2